THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dennis Jenkins Graham, Appellant,
 
 
 

 v.
 
 
 
 
 Edwin Steve Warren, II, Respondent.
 
 
 
 

Appeal From Horry County
John  L. Breeden, Circuit Court Judge

Memorandum Opinion No. 2005-MO-053
Heard October 5, 2005 - Filed October 17, 2005

REVERSED

 
 
 
 Kevin M. Hughes, of N. Myrtle Beach, for Appellant.
 Diane Rabon Bagnal, of Aynor, for Respondent.
 
 
 

PER CURIAM:  Reversed pursuant to Rule 220(b)(1), SCACR, and the following authority:  Rule 40(b), SCRCP (All other cases may be called for trial in that term only upon no less than 24 hours notice). 
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.